## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02221-PAB-KMT

LISA BURKE,

        Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

        Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective undersigned attorneys of record, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), that the above-entitled civil action has been settled, and the parties hereby stipulate to its dismissal on its merits with prejudice, with each party to pay her or its own attorney's fees and costs, and pray that a judgment of dismissal with prejudice and on the merits be entered in the above entitled civil action pursuant hereto.

Dated:  January 30, 2009.

Respectfully submitted,

| | |
|---|---|
| s/ Richard J. Meier | s/ Louis Leonard Galvis |
| Richard J. Meier, Esq. | Louis Leonard Galvis, Esq. |
| Macey & Aleman, PC | Sessions, Fishman, Nathan & Israel, LLP |
| Sears Tower, Suite 5150 | 645 Stonington Lane |
| Chicago, IL  60606 | Fort Collins, CO 80525 |
| (866) 339-1156 | (970) 223-4420 |
| Attorneys for the Plaintiff | Attorneys for the Defendant |